JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Nationstar Mortgage LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-71978 CN |
| **Monica Cipres Cedillo**, | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Nationstar Mortgage LLC, its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Nationstar Mortgage LLC, its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 6/17/2016    McCarthy & Holthus, LLP

By: /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.,
Attorneys for Nationstar Mortgage LLC, its assignees and/or successors

M&H File No. CA-16-126621

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Kristin A. Zilberstein, Esq. SBN 200041 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |
| 6 | Attorneys for Nationstar Mortgage LLC, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-71978 CN |
| | ) |
| Monica Cipres Cedillo, | ) Chapter 13 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE OF** |
| | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) Judge: Charles Novack |

1

File No. CA-16-126621
Certificate of Service, Case No. 11-71978 CN

Case: 11-71978   Doc# 60   Filed: 06/20/16   Entered: 06/20/16 09:42:50   Page 2 of 3

# CERTIFICATE OF SERVICE

On 6/20/2016, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
Patrick L. Forte
pat@patforte.com

**TRUSTEE**
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Rhonda Giere
Rhonda Giere

On 6/17/2016, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Monica Cipres Cedillo, 616 - 37Th Street, Richmond, CA 94805

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1624 Franklin St. #911, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 6/17/2016     /s/ Christian Aguilar
Christian Aguilar

2

File No. CA-16-126621
Certificate of Service, Case No. 11-71978 CN
Case: 11-71978   Doc# 60   Filed: 06/20/16   Entered: 06/20/16 09:42:50   Page 3 of 3