# Martha G. Bronitsky

Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward, CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

December 20, 2016

Patrick L Forte Atty
1624 Franklin St #911
Oakland, CA 94612


Chapter 13 Case No.: 11-71978-CN 13
Re: Monica Cipres Cedillo

Based on an audit of this case, the Trustee has determined that the plan will not fund within the term of the confirmed plan.

The case will run 69 months. This is 9 months over the 60 month term per the confirmed plan (Doc# 2). The reason(s) are:

| Creditor Name | Claim# | Scheduled Amount | Claimed Amount |
|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | 11 | $5,400.00 | $6,749.73 |

Failure to correct this/these issues could result in a Motion to Dismiss.


Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee



CC:
Monica Cipres Cedillo
616 - 37Th Street
Richmond, CA 94805